```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

M.J., A minor, by her
mother and next friend,
HELENA BEEBE,
        Plaintiff,
                                    Case Number 4:08-CV-00021-RRB
v.

CITY OF QUINHAGAK and
DERRICK JOHNSON,
        Defendant.                  **JUDGMENT IN A CIVIL CASE**

XX **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT plaintiff's motion to remand is granted, and this action is remanded back to the Superior Court for the State of Alaska, Fourth Judicial District at Bethel, 4BE-08-00149CI. Plaintiff's motion for fees and costs is DENIED.

APPROVED:

 s/RALPH R. BEISTLINE
 RALPH R. BEISTLINE
 United States District Judge

Date: October 8, 2008

| *NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.* | s/IDA ROMACK<br>Ida Romack, Clerk of Court |
|---|---|

[]{JMT2.WPT*Rev.3/03}